## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA
## WEST PALM BEACH DIVISION

TAYLRE KORECKY,

      Plaintiff,                                     Case No. 9:19-cv-80884-RLR

v.

USAA FEDERAL SAVINGS BANK,

      Defendants.

_____/

## NOTICE OF SETTLEMENT

Plaintiff Taylre Korecky, by and through undersigned counsel, hereby gives notice that the Parties have reached a settlement of this action.  The Parties are in the process of executing a written settlement agreement and expect to file a Joint Stipulation of Dismissal with Prejudice within sixty (60) days.  Accordingly, Plaintiff requests that all case deadlines be extended for sixty (60) days.

DATED: September 30, 2019.           Respectfully submitted,

                                    */s/ Joshua A. Mize*_____
                                    **Joshua A. Mize, Esq.**
                                    Florida Bar No. 86163
                                    **MIZE LAW, PLLC**
                                    110 Front Street, Suite 300
                                    Jupiter, FL 33477
                                    Phone: (407) 913-6800
                                    Fax: (407) 604-7410
                                    Email: jmize@mize.law

                                    *Attorney for the Plaintiff,*
                                    *Taylre Korecky*