IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

TAYLRE KORECKY,

    Plaintiff,                                                               Case No. 9:19-cv-80884-RLR

v.

USAA FEDERAL SAVINGS BANK,

    Defendants.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The Plaintiff, Taylre Korecky, and Defendant USAA Federal Savings Bank, by and through undersigned counsel and pursuant to Rule 41 (a)(1)(A)(ii) of the *Federal Rules of Civil Procedure*, give notice, agree and stipulate that all claims asserted in this action are hereby dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

Dated: October 10, 2019.

| | |
|---|---|
| */s/ Joshua A. Mize* <br> **Joshua A. Mize, Esq.** <br> Florida Bar No. 86163 <br> **MIZE LAW, PLLC** <br> 110 Front Street, Suite 300 <br> Jupiter, FL 33477 <br> Phone: (407) 913-6800 <br> Fax: (407) 604-7410 <br> Email: jmize@mize.law <br><br> *Attorney for the Plaintiff,* <br> *Taylre Korecky* | */s/ S. Elizabeth King* <br> **S. Elizabeth King, Esq.** <br> Florida Bar No. 0122031 <br> **SHUTTS & BOWEN LLP** <br> 4301 W. Boy Scout Blvd., Suite 300 <br> Tampa, Florida 33607 <br> Phone: (813) 229-8900 <br> Fax: (813) 229-8901 <br> Email: eking@shutts.com <br><br> *Attorney for Defendant,* <br> *USAA Federal Savings Bank* |